# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Winebow, Inc.

                Plaintiff,

v.                                             Case No.: 1:23−cv−16938

                                                        Honorable Nancy L. Maldonado

Bogle Vineyards, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: Minute order [11] is corrected: The Court grants Winebow's amended motion to withdraw its temporary restraining order [10] for the reasons set out in the motion. The prior motion to withdraw [9] is denied as moot. The Court adopts the parties' agreed proposed briefing schedule for Winebow's Preliminary Injunction motion: (1) Bogle's response is due 01/08/24; (2) Winebow's reply is due 01/11/24. The Court also adopts the parties' agreed proposed briefing schedule for Bogle's anticipated motion to dismiss: (1) Bogle's motion to dismiss is due 01/08/24; (2) Winebow's response is due 01/15/24; (3) Bogle's reply is due 01/18/24. The Courts sets a status hearing for 01/24/24 at 10:00 a.m. via WebEx video conference to discuss the pending motions and scheduling the preliminary injunction hearing if necessary. The parties will receive a WebEx invitation by email. The telephone number for the public is 650−479−3207; access code 23171794862.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.