# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Winebow, Inc.,

Plaintiff(s),

v.

Bogle Vineyards, Inc.,

Defendant(s).

Case No. 23-cv-16938

Judge Nancy L. Maldonado

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court granted Defendant's motion to compel arbitration, dismissing the case.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Nancy L. Maldonado on a motion/ order dated 1/26/24.

Date: 1/29/2024            Thomas G. Bruton, Clerk of Court

                           Carmen Acevedo , Deputy Clerk